[No. 32500-1-I.     Division One.     April 11, 1994.]

CHRIS COX, *Appellant*, v. ROCK T. WHITE, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Island County, No. 93-2-00019-1, Joan H. McPherson, J., entered

March 15, 1993. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Webster, C.J., and Grosse, J.